| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Erica M. Camarena, Esq. | Bar No. 227981 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF COALINGA, SERGEANT GABE TORRES, OFFICER ROBERT OLIVEIRA, OFFICER MICHAEL TINGLEY and CORPORAL CHRIS SIMONS

**IN THE UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ELTON C. FOSTER, individually and on behalf of a Class of Persons similarly situated.

        Plaintiff,

vs.

CITY OF COALINGA, CHIEF PATRICIA MEDINA, SGT. GABE TORRES, OFFICER ROBERT OLIVEIRA, OFFICER TINGLEY, CPL. CHRIS SIMMONS, and DOES 1 through 10, inclusive,

        Defendants.
_____

CASE NO.  1:06-CV-01612 AWI DLB

**STIPULATION AND ORDER**

Complaint Filed:   November 13, 2006
Trial Date:             July 8, 2008

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

| | |
|---|---|
| Expert Witness Designation | February 29, 2008 |
| Supplemental Expert Witness Designation | March 14, 2008 |

///

///

Stipulation and Order

| | |
|---|---|
| Expert Discovery Cutoff | March 28, 2008 |

DATED: December 18, 2007

                                                  WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/   James J. Arendt
       James J. Arendt
       Attorneys for Defendants, City of Coalinga, Sergeant Gabe Torres, Officer Robert Oliveira, Officer Michael Tingley, and Corporal Chris Simons

DATED: December 18, 2007

By:    /s/ Bruce Nickerson
       Bruce Nickerson
       Attorneys for Plaintiff, Elton C. Foster

**ORDER**

IT IS SO ORDERED.

**Dated:** **December 18, 2007**        **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE