James J. Arendt, Esq.        Bar No.  142937
Erica M. Camarena, Esq.      Bar No.  227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF COALINGA,
SERGEANT GABE TORRES, OFFICER ROBERT OLIVEIRA,
OFFICER MICHAEL TINGLEY and CORPORAL CHRIS SIMONS

## IN THE UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON C. FOSTER, individually and on behalf of a Class of Persons similarly situated. | CASE NO.  1:06-CV-01612 AWI DLB |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF COALINGA, CHIEF PATRICIA MEDINA, SGT. GABE TORRES, OFFICER ROBERT OLIVEIRA, OFFICER TINGLEY, CPL. CHRIS SIMMONS, and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:   November 13, 2006<br>Trial Date:            July 8, 2008 |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

Non-Expert Discovery Cutoff                        March 21, 2008

///

///

///

///

Stipulation and Order

DATED: January 16, 2008

           WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/   James J. Arendt
James J. Arendt
Attorneys for Defendants, City of Coalinga, Sergeant Gabe Torres, Officer Robert Oliveira, Officer Michael Tingley, and Corporal Chris Simons

DATED: January 16, 2008

By:    /s/ Bruce Nickerson
Bruce Nickerson
Attorneys for Plaintiff, Elton C. Foster

**ORDER**

IT IS SO ORDERED.

**Dated:   January 22, 2008**           **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE