| | |
|---|---|
| James J. Arendt, Esq.   Bar No. 142937 | |
| Erica M. Camarena, Esq.   Bar No. 227981 | |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF COALINGA, SERGEANT GABE TORRES, OFFICER ROBERT OLIVEIRA, OFFICER MICHAEL TINGLEY and CORPORAL CHRIS SIMONS

**FILED**
FEB 1 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### IN THE UNITED STATE DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON C. FOSTER, individually and on behalf of a Class of Persons similarly situated. | CASE NO. 1:06-CV-01612 AWI DLB |
| Plaintiff, | **STIPULATED DISMISSAL AND ORDER** |
| vs. | |
| CITY OF COALINGA, CHIEF PATRICIA MEDINA, SGT. GABE TORRES, OFFICER ROBERT OLIVEIRA, OFFICER TINGLEY, CPL. CHRIS SIMMONS, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, as to defendant CHRIS SIMONS, all parties to bear their own costs and attorney's fees.

DATED: February 7, 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/   James J. Arendt
James J. Arendt
Attorneys for Defendants, City of Coalinga, Sergeant Gabe Torres, Officer Robert Oliveira, Officer Michael Tingley, and Corporal Chris Simons

Stipulated Dismissal and Order- Chris Simons

DATED: February 7, 2008

By:   /s/ Bruce Nickerson
      Bruce Nickerson
      Attorneys for Plaintiff, Elton C. Foster

**ORDER**

**IT IS SO ORDERED.**

DATED: February //, 2008

Honorable ~~Dennis L. Beck~~ Anthony Ishii
United States District Court ~~Magistrate~~ Judge

Stipulated Dismissal and Order- Chris Simons      2