| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Erica M. Camarena, Esq. | Bar No. 227981 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF COALINGA, SERGEANT GABE TORRES, OFFICER ROBERT OLIVEIRA, OFFICER MICHAEL TINGLEY

**IN THE UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELTON C. FOSTER, individually and on behalf of a Class of Persons similarly situated.<br><br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>CITY OF COALINGA, CHIEF PATRICIA MEDINA, SGT. GABE TORRES, OFFICER ROBERT OLIVEIRA, OFFICER TINGLEY, CPL. CHRIS SIMMONS, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants.<br>_____ | CASE NO.  1:06-CV-01612 AWI DLB<br><br>**STIPULATION AND ORDER**<br><br><br><br><br><br><br><br>Complaint Filed:　November 13, 2006<br>Trial Date:　　　　July 8, 2008 |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

| | |
|---|---|
| Supplemental Designation of Experts | March 28, 2008 |
| Expert Discovery Cutoff | April 18, 2008 |
| Last Day To File Dispositive Motions | April 4, 2008 |

///

///

---

Stipulation and Order

DATED: March 13, 2008

                                        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                        By:     /s/   James J. Arendt
                                                   James J. Arendt
                                                   Attorneys for Defendants, City of Coalinga, Sergeant Gabe Torres, Officer Robert Oliveira, Officer Michael Tingley, and Corporal Chris Simons

DATED: March 13, 2008

                                        By:     /s/ Bruce Nickerson
                                                 Bruce Nickerson
                                                 Attorneys for Plaintiff, Elton C. Foster

## **ORDER**

IT IS SO ORDERED.

**Dated:   March 13, 2008**                            **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE