| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Erica M. Camarena, Esq. | Bar No. 227981 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF COALINGA, SERGEANT GABE TORRES, OFFICER ROBERT OLIVEIRA and OFFICER MICHAEL TINGLEY

**IN THE UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELTON C. FOSTER, individually and on behalf of a Class of Persons similarly situated.<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF COALINGA, CHIEF PATRICIA MEDINA, SGT. GABE TORRES, OFFICER ROBERT OLIVEIRA, OFFICER TINGLEY, CPL. CHRIS SIMMONS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:06-CV-01612 AWI DLB<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the following causes of action, with prejudice, all parties to bear their own costs and attorney's fees:

1.   First Cause of Action (Fourteenth Amendment).

2.   Fourth Cause of Action (42 U.S.C. § 1985(2)).

///

///

///

///

Stipulated Dismissal and Order

3. Fifth Cause of Action (42 U.S.C. § 1985(3)).

DATED: March 13, 2008

                              WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                              By:    /s/   James J. Arendt
                                        James J. Arendt
                                        Attorneys for Defendants, City of Coalinga, Sergeant Gabe Torres, Officer Robert Oliveira, Officer Michael Tingley

DATED: March 13, 2008

                              By:    /s/ Bruce Nickerson
                                        Bruce Nickerson
                                        Attorneys for Plaintiff, Elton C. Foster

## **ORDER**

IT IS SO ORDERED.

**Dated:   March 14, 2008**                              /s/ Anthony W. Ishii
                                                                  UNITED STATES DISTRICT JUDGE