IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON C. FOSTER, individually and on behalf of a Class of Persons similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF COALINGA, et al.,<br><br>        Defendants. | 1:06-CV-1612 AWI DLB<br><br>ORDER VACATING MAY 5, 2008 HEARING<br><br>ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S NON-OPPOSITION<br><br>(Document #30) |

     On April 4, 2008, Defendants filed a motion for summary judgment.  Defendants request summary judgment as to Defendant Officer Tingley on Plaintiff's second cause of action, which alleges a a violation of the Fourth and Fourteenth Amendment.  Defendants contend that the undisputed facts show that Officer Tingley was not involved in either the allegedly false arrest or the alleged use of excessive force.  Defendants also request summary judgment as to Defendant City of Coalinga and Defendant Gabe Torres.  Defendants contend that the undisputed facts show no policy or practice of Defendant City of Coalinga or Defendant Gabe Torres was the moving force behind any the alleged constitutional violations, which is requred for a *Monell* claim.  In addition, Defendants contend that Defendant Gabe Torres is not a policy maker for the City of Coalinga.

     On April 18, 2008, Plaintiff filed a notice in which Plaintiff states that he does not oppose Defendants' motion for summary judgment.

In light of Plaintiff's statement of non-opposition, the court ORDERS that:

1. Defendants' motion for summary judgement is granted;
2. Summary judgment is GRANTED as to Defendant Tingley on the second cause of action;
3. Summary judgment is GRANTED as to Defendant City of Coalinga and Defendant Gabe Torres on the third cause of action, alleging a policy and practice.
4. The May 5, 2008 hearing date is vacated.

IT IS SO ORDERED.

**Dated:   April 30, 2008**             /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE

2