```
                                        FILED
                                  JUDGMENT ENTERED

                                  _____
                                           Date
                                  by _____A. Timken_____
                                        Deputy Clerk
                                     U.S. District Court
                                Eastern District of California
                                  __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELTON C. FOSTER,

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-01612 OWW/DLB

GABE TORRES,
ROBERT OLIVEIRA,

       Defendant.
_____/

      JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      IT IS HEREBY ORDERED AND ADJUDGED that:

      **JUDGMENT IS HEREBY ENTERED IN FAVOR OF ABOVE NAMED DEFENDANTS IN ACCORDANCE WITH THE JURY VERDICT RENDERED 7/17/2008, AND INCLUDES COST OF SUIT.**

DATED:

                                  VICTORIA C. MINOR, Clerk

                                  /S/ Alice Timken
                         By:
                                  Deputy Clerk

jgm.civ
2/1/95